UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                              <u>ORDER</u>
                                              08-CR-6096L

                      v.

TARA DOS SANTOS (CUNNINGHAM),

                      Defendant.
_____

      Defendant, Tara Dos Santos, has completed her term of imprisonment and supervised release and has complied with all the other terms of sentence. She has been supervised in the Eastern District of Pennsylvania. Defendant had previously surrendered her passport to the Clerk, Eastern District of Pennsylvania, as a condition of release. That document should be returned to the defendant.

      Therefore, it is hereby

      ORDERED that the Clerk, Eastern District of Pennsylvania, is directed to promptly return the passport to defendant Tara Dos Santos, 1728 Memphis Street, Philadelphia, Pennsylvania 19125.

      IT IS SO ORDERED.

                                    _____
                                        DAVID G. LARIMER
                                    United States District Judge

Dated: Rochester, New York
       December 5, 2012.